UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSR MICRO, INC.,

        Plaintiff(s),

    v.

QBE INSURANCE CORP.,

        Defendant(s).

_____/

No. C 09-3044 PJH

**ORDER RE MOTION FOR ADMINISTRATIVE RELIEF**

Before the court is the motion of defendant to extend the deadline for filing the early motions for summary judgment for which leave of court has already been granted. Defendant contends that the extension is necessitated by plaintiff's failure to cooperate in the discovery necessary to prosecute and defend the motions. In view of plaintiff's failure to oppose the motion, the court assumes that defendant's representations are accurate. The court finds that defendant has established good cause for its inability to meet the deadline imposed by the court, and accordingly GRANTS the motion for a sixty day extension of time. However, given defendant's unrefuted representations that it has fully complied with its discovery obligations, the court declines defendant's request to similarly extend the deadline for plaintiff, who has neither joined in the request nor shown good cause for its inability to meet the deadline previously imposed.

**IT IS SO ORDERED.**

Dated: December 11, 2009

                                                    _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge