UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSR MICRO, INC.,

       Plaintiff(s),                            No. C 09-3044 PJH

    v.                                  **SECOND ORDER RE MOTION FOR ADMINISTRATIVE RELIEF**

QBE INSURANCE CORP.,

       Defendant(s).

_____/

       The court has received plaintiff's opposition to defendant's motion for administrative relief, to extend the deadline for filing the early summary judgment motions by sixty days, a motion improvidently granted by the court on December 11, 2009. The court has reconsidered in view of plaintiff's opposition, which like defendant's motion, places the blame for any delay in discovery on the opposing party. Plaintiff opposes the extension and proposes in the alternative, that any extension granted not exceed thirty days. The court should not have to, but does remind the parties that discovery requires some degree of cooperation with respect to the scheduling and taking of depositions. Squabbles such as the one the parties are currently engaged in, serve only to divert the court's attention and scarce resources away from the important substantive matters that are pending in this and other litigation on this court's docket. The sixty day extension remains granted, but given that JSR apparently does not need the additional time, it can file its motion by the original deadline if it chooses and the court will determine, based upon its workload. whether to hear it before defendant's motion.

       The court has also received several letters from plaintiff's counsel dated December 14, 2009, one containing an objection to a December 13, 2009 letter from defendant's

counsel. The court advises that it has not seen a December 13, 2009 letter, nor does it appear on the ECF docket for this case. Likewise, neither of plaintiff's December 14, 2009 letters appear on the docket. The parties are advised that <u>any</u> writing directed to the court must be publicly filed. The parties shall cease sending letters to the court that are not publicly filed.

**IT IS SO ORDERED.**

Dated: December 15, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge