SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
Email:  mgoodman@ssd.com
Rodney R. Patula (State Bar No. 182052)
Email:  rpatula@ssd.com
Patrice N. Harper (State Bar No. 225573)
Email:  pharper@ssd.com
One Maritime Plaza, Suite 300
San Francisco, California 94111
Telephone:   +1.415.954.0200
Facsimile:    +1.415.393.9887

Attorneys for Plaintiff and Counter-Defendant
JSR MICRO, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSR MICRO, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>QBE INSURANCE CORPORATION, JOHN ALDER & CO. LLC, and DOES 1-10,<br><br>                    Defendants. | Case No. 4:09-CV-03044-PJH<br><br>**[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| QBE INSURANCE CORPORATION, a Pennsylvania Corporation,<br><br>                    Counter-Claimant,<br><br>          vs.<br><br>JSR MICRO, INC., a Delaware Corporation,<br><br>                    Counter-Defendant. | |

1    THIS MATTER comes before the Court on the Stipulation of both parties, Plaintiff JSR

2  Micro, Inc. ("JSR") and Defendant QBE Insurance Corporation ("QBE").  Upon consideration of

3  the parties' Stipulation, the Court concludes that good cause has been shown and that the

4  Stipulation should be, and hereby is, APPROVED.  The Case Management Conference in this

5  action is continued from March 25, 2010 to __April 8_____, 2010.

6

7    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9  Dated:  March _11_, 2010                          _____

                                                     HONORABLE PHYLLIS J. HAMILTON
10                                                    United States District Judge

11

IT IS SO ORDERED

Judge Phyllis J. Hamilton

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111