UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSR MICRO, INC.,

    Plaintiff,

    v.

QBE INSURANCE CORPORATION,

    Defendant.
_____/

No. C 09-3044 PJH

**ORDER RE DEFENDANT'S OBJECTIONS TO MAY 14, 2010 NON-DISPOSITIVE SANCTIONS ORDER**

The court is in receipt of defendant's written objections to the non-dispositive pretrial order issued May 14, 2010 by the Magistrate Judge. By way of their filing, defendant requests that the court rescind the Magistrate Judge's order or alternatively, issue an order setting a briefing schedule with respect to defendant's objections, and thereafter issue an order taking the objections under submission for resolution at the close of the case.

Having reviewed defendant's objections, the court hereby orders further briefing on the matter. To that end, plaintiff shall prepare a written response to defendant's objections, to be filed no later than June 18, 2010. Once plaintiff's response is filed, the matter will thereafter be deemed submitted and the court's decision on defendant's objections will be stayed until after either the close of discovery, or the end of litigation.

This is intended to prevent either party from claiming a strategic advantage in connection with any court ruling on the matter, and because in view of the parties' conduct throughout this litigation thus far, it is possible additional discovery and sanctions motions may be brought. In such a case, the court would prefer to deal with all non-substantive matters at the same time, at the end of the case. The court also indicated to the parties at the prior case management conference that the court is unlikely to rule on such issues until

the end of the action.

While briefing on defendant's objections is required in view of the sheer size of the sanctions awarded, neither party should make any assumptions regarding the court's intention in requiring a further response and submitting the matter for resolution.

**IT IS SO ORDERED.**

Dated: June 4, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge