**United States District Court**
For the Northern District of California

1
2
3
4
5                   IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    JSR MICRO, INC.,                          No. C-09-03044 PJH (EDL)
9              Plaintiff,                       **ORDER REGARDING MOTION FOR
                                                LEAVE TO FILE DOCUMENTS UNDER
10    v.                                        SEAL AND REQUEST FOR HEARING**
11   QBE INSURANCE CORP., et al.,
12             Defendants.
                                          /
13
14          The Court is in receipt of the parties' joint letter of June 9, 2010 regarding paragraph 4(B)
15   the parties' respective proposed orders regarding the pending motion to compel (Dkt. #139), as well
16   as JSR Micro's June 12, 2010 administrative motion for leave to file certain documents (the "June 7-
17   8 Documents") under seal and request for a continuation of the May 25, 2010 hearing on the motion
18   to compel (Dkt. #140).  Having considered the issues raised by these papers, the Court hereby
19   Orders JSR Micro to lodge the June 7-8 Documents under seal so that the Court can conduct an in
20   camera review to determine the most appropriate course of discovery of non-U.S. trade credit
21   policies and claims made under such policies.  Upon review of the documents in question, the Court
22   will schedule a continued hearing on the motion to compel if it deems a further hearing necessary.
23
24          **IT IS SO ORDERED.**
25   Dated: June 14 2010                         _Elizabeth D. Laporte_
26                                               ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge
27
28