IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSR MICRO, INC., | No. C-09-03044 PJH (EDL) |
| Plaintiff, | **ORDER REGARDING PLAINTIFF'S OBJECTION TO MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND REQUEST FOR HEARING** |
| v. | |
| QBE INSURANCE CORP., et al., | |
| Defendants. | |

On June 14, 2010 the Court issued an Order allowing JSR Micro to lodge non-US trade policy documents under seal for an in camera review to determine the most appropriate course of discovery. Following this Order, QBE filed an "Objection" to JSR's submission regarding its administrative motion for review of the documents and completion of the hearing on the motion to compel. QBE argues that JSR's submission was filed on Saturday and under the local rules it should have four days to oppose the motion. However, QBE's "Objection" further states that it has no objection to the in camera review sought by JSR's motion, but instead wants an opportunity to provide the Court with the necessary context of the burden involved to permit a reasoned determination of the proper scope of discovery. QBE shall have until Friday, June 25, 2010 to respond to JSR's submission.

**IT IS SO ORDERED.**

Dated: June 15, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge