UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSR MICRO, INC.,

   Plaintiff,

  v.

QBE INSURANCE CORPORATION, et al.,

   Defendants.

_____/

No. C 09-3044 PJH

**ORDER DENYING REQUEST FOR LEAVE TO SEEK RECONSIDERATION**

  The court is in receipt of plaintiff's administrative motion requesting leave to seek reconsideration of the court's June 4, 2010 order regarding defendant's objections to the Magistrate Judge's May 14, 2010 sanctions order. Plaintiff requests leave to seek reconsideration of that portion of the court's order that purportedly grants defendant's request for an order taking defendant's objections under submission for resolution at the end of the case in order to "prevent JSR from using this sanctions order ... in a manner intended to give JSR an undue advantage in the conduct of this litigation." See Mot. Lv. Seek Reconsider. at 1:5-10.

  Plaintiff's request is DENIED. The court's order did not, as plaintiff suggests, take defendant's objections under submission for resolution at the end of discovery or the case in order to prevent JSR from seeking an unfair advantage. Rather, the court's order specifically stated that it was intended "to prevent *either* party from claiming a strategic advantage in connection with any court ruling on the matter...". See June 4, 2010 Order at 1:23-24 (emphasis added). Furthermore, preventing either party from claiming a strategic advantage was only *one* of the reasons for deferring resolution of defendant's objections until the close of discovery or the end of litigation. Judicial economy and the potential for

further motion practice on similar issues, also warrants avoiding a piecemeal approach to this side litigation.

**IT IS SO ORDERED.**

Dated: June 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge