1

2

3

4

5                        IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   JSR MICRO, INC.,                                No. C-09-03044 PJH (EDL)

9                Plaintiff,                          **ORDER FOLLOWING DISCOVERY
                                                     HEARING**
10      v.

11  QBE INSURANCE CORP., et al.,

12               Defendants.
                                                    /
13

14        On July 19, 2010, the Court held a discovery hearing in this matter.  For the reasons stated at

15  the hearing, the Court orders as follows.  Defendant shall produce declaration pages and a listing of

16  endorsements, if such a list exists, for trade credit insurance policies under which claims were made

17  that were issued in Australia for the two-year period from March 1, 2007 through March 1, 2009.

18  Plaintiff shall designate up to ten percent of the policies from the total number of policies produced,

19  and Defendant shall produce the claims files for those ten percent.  Plaintiff's choice is without

20  prejudice to Plaintiff making a further request for discovery on the issue of non-U.S. trade credit

21  policies, although further discovery may well  be disproportionate under Rule 26(b)(2)(c)(iii).

22  Defendant shall keep detailed and accurate records reflecting precisely the hours and costs of this

23  production, and the parties shall meet and confer to discuss potential cost-sharing.  Defendant shall

24  provide a letter to Plaintiff no later than July 23, 2010 regarding a realistic deadline for this

25  production.  If the parties cannot agree on a deadline, they shall file a joint letter with the Court no

26  later than July 26, 2010.

27        At the hearing, Plaintiff sought an order permitting it to propound additional interrogatories

28  in this case.  The Court grants Plaintiff's request for 35 additional interrogatories.  Defendant may

    also have an additional 35 interrogatories if it believes it needs them.

**United States District Court**
For the Northern District of California

1    The Court cautions the parties not to communicate with the Court by letter unless the Court

2  requests it or grants prior permission.  Otherwise, any party seeking relief from the Court shall file a

3  noticed motion pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules.

4  **IT IS SO ORDERED.**

5  Dated: July 20, 2010

*Elijah D. Laporte*

6  ELIZABETH D. LAPORTE
United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California