IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSR MICRO, INC., | No. C-09-03044 PJH (EDL) |
| Plaintiff, | **ORDER FOR RESPONSE FROM DEFENDANT** |
| v. | |
| QBE INSURANCE CORP., et al., | |
| Defendants. / | |

In Plaintiff's August 3, 2010 Reply in Support of Motion for Contempt Citation, Plaintiff proposed a stipulation under which the Court would stay further proceedings on the Motion for Contempt Citation until further order of the Court. See Reply at 8-9. If the parties agree that the motion should be stayed, they shall file a stipulation no later than August 13, 2010. Otherwise, Defendant shall file a response to Plaintiff's proposal no later than August 16, 2010.

**IT IS SO ORDERED.**

Dated: August 9, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge