UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSR MICRO, INC.,

    Plaintiff,                               No. C 09-3044 PJH

    v.                                      **ORDER**

QBE INSURANCE CORPORATION,

    Defendant.

_____/

        The court is in receipt of numerous filings by both plaintiff and defendant over the past several days: (1) defendant's Motion for Leave to File a First Amended Answer and First Amended Counterclaim; (2) defendant's administrative motion requesting a case management conference and temporary stay of discovery; (3) plaintiff's response to defendant's administrative motion; and (4) plaintiff's own administrative motion requesting a briefing and hearing schedule on defendant's Motion for Leave to File a First Amended Answer and First Amended Counterclaim.  Having read the parties' papers, and for good cause appearing, the court hereby orders as follows:

        1.         The court hereby construes defendant's Motion for Leave to File a First Amended Answer and First Amended Counterclaim as a properly filed motion pursuant to Civil Local Rule 7-2.  Accordingly, in view of the notice requirements set forth therein – as well as the court's extremely busy calendar on October 27, 2010 – the court hereby sets defendant's motion for hearing on November 3, 2010, at 9:00 a.m.  Plaintiff's opposition brief shall be due no later than October 13, 2010.  Defendant's reply brief shall be due no later than October 20, 2010.

        2.         Defendant's contemporaneously filed administrative motion requesting a case

management conference and temporary stay of discovery is DENIED.  If, after consideration of the foregoing motion for leave to amend, the court decides to grant defendant's motion, it will permit additional discovery within the scope of any new amendments at that time.  To the extent defendant's administrative motion otherwise seeks a stay of existing discovery, and a further case management conference in order to discuss related issues, defendant's motion is denied.

      3.    Plaintiff's administrative motion requesting a briefing and hearing schedule on defendant's Motion for Leave to File a First Amended Answer and First Amended Counterclaim is also DENIED, in view of the foregoing ruling setting a hearing date and briefing schedule in connection with defendant's motion.

**IT IS SO ORDERED.**

Dated: September 21, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge