IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JSR MICRO, INC.,

       Plaintiff,

  v.

QBE INSURANCE CORP., et al.,

       Defendants.
                                      /

No. C-09-03044 PJH (EDL)

**ORDER CONTINUING DISCOVERY CONFERENCE**

On September 2, 2010, Plaintiff filed a Request for Expedited Discovery Conference, raising several discovery disputes between the parties. On September 10, 2010, Defendants filed an opposition to Plaintiff's Request.

The Court informed the parties that a discovery conference was scheduled for September 17, 2010. Subsequently, Defendant's counsel informed the Court that defense counsel were unavailable on September 17, 2010 and requested a continuance to September 21, 2010. Because of the Court's unavailability on September 21, 2010, on September 13, 2010, the Court issued a clerk's notice continuing the discovery conference to September 23, 2010 based on Defendant's request.

On September 21, 2010, Defendant's counsel called the Court seeking a continuance of the discovery conference on the grounds that Defendant had filed a Motion for Leave to File a Motion to Amend the Answer and an Administrative Motion for a Case Management Conference and to Temporarily Stay Discovery. Later that day, Defendant's counsel called the Court to say that Mr. Fisher, who was scheduled to represent Defendant at the September 23, 2010 telephone conference, was not the most knowledgeable person regarding the discovery disputes at issue. Defendant sought a continuance to September 24, 2010, and the Court advised Defendant that the request to continue must be made in writing. Defendant's counsel sent an email to the Court and counsel in the morning

of September 22, 2010 regarding a continuance, and then filed a formal request in the afternoon of that day.

While Defendant waited until two days before the scheduled conference to inform the Court that the relevant attorneys would be not available and to request a continuance, because it is in the interest of the Court and the parties to have knowledgeable attorneys attend the telephone conference, the Court grants Defendant's motion to continue the discovery conference. The discovery conference is scheduled for September 24, 2010 at 3:00 p.m. The Court will initiate the call. Counsel shall call the Court's courtroom deputy no later than noon on September 24, 2010 with a phone number for the Court to call for the conference.

The Court notes that email is not the proper method to communicate with the Court. If any party seeks any relief from the Court, that party shall file a request that complies with the Federal Rules of Civil Procedure, the Court's Local Rules and the Court's Standing Orders.

**IT IS SO ORDERED.**

Dated: September 23, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge