IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JSR MICRO,  No. C-09-03044 PJH (EDL)

    Plaintiff,  **ORDER FOLLOWING DISCOVERY CONFERENCE**

v.

QBE INS. CORP.,

    Defendant.
_____/

On September 24, 2010, the Court held a discovery conference in this case and ordered as follows:

1. If Defendant wishes to file a brief in opposition to Plaintiff's September 24, 2010 Motion for Protective Order, it shall do so no later than 5:00 p.m. on September 27, 2010. If Plaintiff wishes to file a reply, it shall do so no later than 5:00 p.m. on September 28, 2010. The Court will decide the matter without a hearing. The depositions of Hitoshi Inoue and Shikako Golden are stayed pending the Court's order on the Motion for Protective Order.

2. The parties' weekly telephone conferences shall be limited to one hour.

3. No later than 8:00 a.m. on September 27, 2010, Defendant shall provide objections, if any, to the Rule 30(b)(6) deposition topics and the parties shall meet and confer on any such objections.

**IT IS SO ORDERED.**

Dated: September 24, 2010

                                                                ELIZABETH D. LAPORTE
                                                                 United States Magistrate Judge