**United States District Court**
For the Northern District of California

1

2

3                          UNITED STATES DISTRICT COURT

4                          NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JSR MICRO, INC.,

8              Plaintiff,                        No. C 09-3044 PJH

9         v.                                     **ORDER WITHDRAWING REFERRAL
                                                 AND RE-REFERRING ACTION TO**
10   QBE INSURANCE CORPORATION,                  **MAGISTRATE JUDGE**

11             Defendant.

12   _____/

13        On October 7, 2010, Magistrate Judge Laporte – who has thus far presided over all

14   discovery matters in the action – filed an order of recusal, in response to defendants'

15   allegations of bias on the part of the Magistrate Judge.  The recusal order found

16   defendants' allegations to be without merit, but recusal warranted nonetheless, in an effort

17   to avoid even the appearance of bias.

18        In light of the foregoing recusal order, the court hereby WITHDRAWS the January

19   15, 2010 order referring all discovery to Judge Laporte.  Pursuant to Local Rule 72-1, this

20   action is now RE-REFERRED to Magistrate Judge Beeler for resolution of all pending and

21   further discovery.

22        As referenced by Magistrate Judge Laporte's recusal order and the parties' recent

23   filings, the following specific matters are expressly included within the scope of this order

24   and reassigned for Judge Beeler's resolution:  (1) the motion for protective order that

25   remains pending among the parties; (2) the propriety of a continued stay on two

26   depositions pending a ruling on the motion for protective order; and (3) plaintiff's further

27   motion to compel supplemental written discovery responses and deposition testimony (filed

28   October 8, 2010).  To the extent other discovery matters not listed herein remain

**United States District Court**
For the Northern District of California

1   outstanding between the parties, these matters – and all future discovery matters – are

2   also referred to Judge Beeler for resolution.

3       Notwithstanding the court's re-referral of this action to a different Magistrate Judge,

4   the court duly notes – and is dismayed and displeased by – the unusually adversarial and

5   uncooperative conduct between the parties that appears to have contributed to the prior

6   Magistrate Judge's recusal, and further necessitated this court's intervention and re-referral

7   of the action.

8       The court will address both the parties' conduct and the re-referral ordered herein, at

9   the November 3, 2010 hearing to be held in conjunction with defendant's motion for leave

10  to file a first amended answer and first amended counterclaim.

11

12  **IT IS SO ORDERED.**

13  Dated: October 20, 2010

14  _____
    PHYLLIS J. HAMILTON
15  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2