UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSR MICRO, INC.,

    Plaintiff,

    v.

QBE INSURANCE CORPORATION,

    Defendant.

_____/

No. C 09-3044 PJH

**ORDER GRANTING MOTION FOR LEAVE TO AMEND**

    Defendant's motion for leave to file a first amended answer and first amended counterclaim came on for hearing on November 3, 2010 before this court. Plaintiff JSR Micro., Inc., appeared through its counsel, Mark Goodman and Rodney Patula. Defendant QBE Insurance Corporation, appeared through its counsel, Gerald Fisher and Peter Whalen. Having read all the papers submitted and carefully considered the relevant legal authority, the court hereby GRANTS defendant's motion, for the reasons stated at the hearing. The parties are referred to the clerk's minute order for specific deadlines.

**IT IS SO ORDERED.**

Dated: November 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge