UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JSR MICRO,<br><br>            Plaintiff,<br>   v.<br><br>QBE INS. CORP., *et al.*,<br><br>            Defendants. | No. C 09-03044 PJH (LB)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

On October 27, 2010, following referral of this case for purposes of discovery, the Court issued an order indicating that it would schedule a telephonic status conference to address how it will proceed with the three pending discovery motions. *See* ECF No. 269. The Court **HEREBY SETS** this matter for a telephonic status conference on **November 10, 2010, at 2:00 p.m**. Plaintiff shall initiate the conference call with lead counsel for both parties on the line and call (510) 637-3909 at the scheduled hearing time.

**IT IS SO ORDERED.**

Dated: November 4, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 09-03044 PJH (LB) (Order Setting Telephonic Status Conference)