UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JSR MICRO, | No. C 09-03044 PJH (LB) |
| Plaintiff, | **ORDER RE-SETTING TELEPHONIC STATUS CONFERENCE** |
| v. | |
| QBE INS. CORP., *et al*., | |
| Defendants. | |

The Court **HEREBY RE-SETS** this matter for a telephonic status conference on **November 10, 2010, at 1:00 p.m**. Plaintiff shall initiate the conference call with lead counsel for both parties on the line and call (510) 637-3909 at the scheduled hearing time.

**IT IS SO ORDERED.**

Dated: November 5, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 09-03044 PJH (LB) (Order Setting Telephonic Status Conference)