UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

JSR MICRO,

          Plaintiff,

   v.

QBE INS. CORP.,

          Defendant.
_____/

No. C 09-03044 PJH (LB)

**ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE RE PENDING DISCOVERY DISPUTES**

On November 10, 2010, the Court held a telephonic status conference with counsel to discuss the status of pending discovery matters. During the hearing, counsel informed the Court that Plaintiff JSR anticipates filing a motion to amend its complaint and, concurrently, a motion to remand for lack of subject matter jurisdiction. Because the outcome of the anticipated motions may moot the outstanding discovery disputes, and in the interest of saving court time and resources, counsel proposed addressing the outstanding discovery disputes after Judge Hamilton rules on those motions. With this procedural development as a backdrop, the Court reviewed the status of three motions counsel had identified as pending at the time Judge Hamilton referred the matter to the undersigned on October 20, 2010: (1) Defendant QBE's Motion for Protective Order to Shift Specific Discovery Costs to JSR (ECF No. 182); (2) JSR's Motion for Protective Order (ECF No. 221); and (3) JSR's Motion to Compel (ECF No. 233).

With respect to QBE's Motion for Protective Order to Shift Discovery Costs to JSR (ECF No. 182), reviewing the docket, on October 7, 2010, Judge Laporte denied this motion without prejudice

C 09-03044 PJH (LB)

to QBE filing a renewed motion.  *See* ECF No. 232 at 6.  Accordingly, this motion is no longer pending.

As to JSR's Motion to Compel (ECF No. 233), because this motion is not fully briefed, and to allow counsel the opportunity to meet and confer to revisit the areas of disagreement and to collaboratively narrow any remaining disputes, the Court **DENIES** JSR's Motion to Compel **WITHOUT PREJUDICE** to the parties complying with the undersigned's procedure for discovery disputes, which requires the counsel to meet and confer and submit a joint letter stating the parties' respective positions.

Finally, with respect to JSR's Motion for Protective Order (ECF No. 221), wherein it seeks to vacate two deposition notices QBE served for Mr. Inoue and Ms. Golden, the parties agree that resolution of this motion may be postponed until after the Court rules on JSR's motions to amend and remand.

The Court sets a further telephonic discovery status conference for January 20, 2011 at 2:30 p.m. JSR's counsel shall be responsible for initiating the conference call and calling (510) 637-3324 at the scheduled hearing time.  If the parties believe that an earlier status conference is necessary, they may contact Judge Beeler's courtroom deputy, Lashanda Scott, to request an earlier conference date.

**IT IS SO ORDERED.**

Dated: November 10, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 09-03044 PJH (LB)

2