UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JSR MICRO, INC.,

    Plaintiff,

    v.

QBE INSURANCE CORPORATION,

    Defendant.
_____/

No. C 09-3044 PJH

**ORDER RE ADMINISTRATIVE MOTION FOR EXPEDITED RELIEF RE: SCHEDULING**

    The court is in receipt of the parties' joint administrative motion for expedited relief re: scheduling.  In it, the parties note that plaintiff has recently filed a motion for leave to file an amended and supplemental complaint, and to remand the action in the event of amendment.  A hearing on that motion is set for December 15, 2010.  Because this motion raises subject matter jurisdiction issues, the parties are therefore seeking an expedited order from the court either (a) vacating the December 8, 2010 briefing and hearing schedule on defendant's motion for summary judgment, pending resolution of plaintiff's newly filed motion to amend and to remand; or (b) confirming the briefing and hearing schedule on defendant's pending motion for summary judgment, notwithstanding the filing of plaintiff's recent motion.

    Because the court finds that any legal issues bearing on the court's exercise of subject matter jurisdiction over the action should logically precede consideration of the substantive issues raised in defendant's motion for summary judgment, the court hereby VACATES the hearing on defendant's motion for summary judgment (including all pending briefing deadlines), pending hearing and resolution of plaintiff's upcoming motion for leave to amend and to remand on December 15.  The court will re-schedule the remaining

briefing and hearing date in connection with defendant's dispositive motion, at the December 15 hearing.

**IT IS SO ORDERED.**

Dated: November 16, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge