SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Goodman (State Bar No. 154692)
Email:  mgoodman@ssd.com
Rodney R. Patula (State Bar No. 182052)
Email:  rpatula@ssd.com
Joseph Grasser (State Bar No. 255156)
Email:  jgrasser@ssd.com
275 Battery Street, , Suite 2600
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:    +1.415.393.9887

Attorneys for Plaintiff and Counter-Defendant
JSR MICRO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSR MICRO, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QBE INSURANCE CORPORATION, JOHN ALDER & CO. LLC, and DOES 1-10,<br><br>Defendants. | CASE NO. 4:09-CV-03044-PJH (LB)<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF'S MOTION TO REMAND<br><br>Date:     December 15, 2010<br>Time:    9:00 a.m.<br><br>Place:    1301 Clay Street<br>             Third Floor, Courtroom 3<br>             Oakland, CA 94612<br><br>Judge:    The Honorable Phyllis J. Hamilton |
| QBE INSURANCE CORPORATION, a Pennsylvania Corporation,<br><br>Counter-Claimant,<br><br>vs.<br><br>JSR MICRO, INC., a Delaware Corporation,<br><br>Counter-Defendant. | |

1   THIS MATTER came before the Court for hearing on December 15, 2010 on plaintiff's Motion for Leave to file a Supplemental and Amended Complaint and to Remand the Action to State Court (Doc. No. 291).  At the hearing, the Court granted JSR's motion for leave to file its Supplemental and Amended Complaint, and JSR has now filed that pleading.  The Supplemental and Amended Complaint adds Marsh & McLennan Companies, Inc. ("Marsh") as a defendant in the action.  Both plaintiff JSR Micro, Inc. and Marsh are incorporated in Delaware.  Because the Court's sole basis for subject matter jurisdiction over this action is diversity jurisdiction, and there is no longer complete diversity between plaintiff and all defendants, the Court no longer has subject matter jurisdiction over this action.  Accordingly, this action is hereby remanded to the Superior Court for the City and County of San Francisco, and the Clerk is hereby directed to execute such remand.

**IT IS SO ORDERED.**

Dated: __December 16_____, 2010

_____
HON. PHYLLIS J. HAMILTON
United States District Judge

[IT IS SO ORDERED / Judge Phyllis J. Hamilton — signature stamp]

SQUIRE, SANDERS &
DEMPSEY L.L.P.
275 Battery Street, Suite 2600
San Francisco, California 94111

- 1 -

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND
CASE NO. 4:09-CV-03044 PJH (LB)